**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**EDUAR ARBEY QUINTERO-PALLARES,**

**Defendant.**

**Criminal No. 23-0152-02 (ADC)**

**ORDER**

There being no objections to the Report and Recommendation at **ECF No. 122** and having reviewed the record that establishes that defendant does not qualify for a sentence reduction under Amendment 821, the Report and Recommendation is adopted, and **ECF No. 113** is **DENIED**.

**SO ORDERED**.

At San Juan, Puerto Rico, on this 14th day of October 2026.

**S/AIDA M. DELGADO-COLON**
**United States District Judge**