**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**EDUAR ARBEY QUINTERO-PALLARES,**

**Defendant.**

**Criminal No. 23-0152-02 (ADC)**

**ORDER**

On December 3, 2025, defendant filed a Motion to Reduce Sentence. **ECF No. 119**. The government responded to **ECF No. 120**. The Magistrate Judge issued a Report and Recommendation ("R&R") on February 6, 2026, recommending denial of defendant's request based on the fact that Amendment 833, upon which defendant basis his petition is not retroactive. **ECF No. 125**.

On March 3, 2026, defendant filed objections to the R&R. Defendant in essence concurs with the correctness of the Magistrate Judge's legal determination but asks the Court to act on grounds of "fairness". **ECF No. 127**.

While the Court is mindful of the need for just sentences that are not to be harsher than necessary, the Court is bound to apply the law.

Having reviewed the record, the Magistrate Judge's Report and Recommendation is adopted and defendant's request at **ECF No. 119** is **DENIED**.

**SO ORDERED**.

At San Juan, Puerto Rico, on this 14th day of October 2026.

**S/AIDA M. DELGADO-COLON**
**United States District Judge**